# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JOHN S. WILLIAMS, PAUL F. REEVES,
ERIK S. GRAVES, TAMMY D. DAY, on
behalf of themselves and all others
similarly situated,

      Plaintiffs,

v.                                            Case No.: 3:09-cv-225-RV-MD

BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC,

      Defendant.
_____/

## ORDER

On July 15, 2009, the parties filed a joint motion (which I later granted) requesting an extension of time to file their report under Rule 26 of the Federal Rules of Civil Procedure. According to the motion, "[t]he parties have conferred regarding the possibility of having this case reassigned to Judge M.C. Rodgers based on the strong similarity between the instant case and Linda S. Hall, et al v. Aetna Life Insurance Company (case Number 3:09cv222)." The motion stated that Judge Rodgers had held a preliminary pre-trial conference in that first-filed case and that "she is already familiar with the scheduling issues that generally mimic those in the instant case." According to the Notice of Similar Action that was filed along with the joint motion for extension, "[b]oth actions set forth a substantial number of factual allegations concerning esoteric medical knowledge," the resolution of which "would be managed and considered more efficiently by one judge." It was thus suggested that it would be "prudent" to reassign this case to Judge Rodgers.

Upon my review and comparison of the complaints filed in this case and Hall, I agree that the issues raised are sufficiently similar and that it would be preferable for the cases to be managed and considered by the same judge. Therefore, in the interest of judicial economy, and after consulting with Judge Rodgers and receiving her agreement and consent, the Clerk is directed to reassign this case to Judge Rodgers, who is currently presiding over the first-filed case.

DONE and ORDERED this 28th day of July, 2009.

*/s/ Roger Vinson*
ROGER VINSON
Senior United States District Judge