**UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**JOHN S. WILLIAMS, PAUL F. REEVES,**
**ERIK S. GRAVES, TAMMY D. DAY,** on
**behalf of themselves and all others**
**similarly situated,**

        **Plaintiffs,**

**vs.**                             **Case No. 3:09cv225/MCR/MD**

**BLUE CROSS AND BLUE SHIELD OF**
**FLORIDA, INC.,**

        **Defendant**.
_____/

**O R D E R**

By order dated August 31, 2009, this court indicated that this case may be a candidate for consolidation with *Hall, et al. v. Aetna Life Insurance Co.*, 3:09cv222/MCR/MD, due to the possibility that the cases may present common questions of fact or law.  *See* Fed. R. Civ. P. 42(a).  The parties have responded in opposition to this suggestion.  Based upon the court's review of the parties' responses, the court finds that the objections are well taken.

Accordingly, the cases will not be consolidated.

**DONE AND ORDERED** this 5th day of October, 2009.

s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**