UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN S. WILLIAMS, PAUL F. REEVES,
ERIK S. GRAVES, and TAMMY D. DAY,
on behalf of themselves and all
others similarly situated,

    Plaintiffs,
v.                                      CASE NO.: 3:09cv225/MCR/MD

BLUE CROSS AND BLUE SHIELD
OF FLORIDA, INC.,

    Defendant.
_____/

## O R D E R

At defendant's request, an attorney conference was held October 9, 2009, to discuss the potential conflict of interest with respect to a law clerk for the undersigned, Ben Williamson, who is the son of Dr. Angel Williamson of Angel Williamson Imaging Center, P.A., the facility from which the claims at issue in this matter allegedly arise. Though Ben Williamson is a law clerk for the undersigned,[1] he will not be assigned to or have any involvement with this case. The parties agreed and the court concludes no conflict of interest exists.

**DONE and ORDERED** this 13th day of October, 2009.

                                      *s/ M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                      **UNITED STATES DISTRICT JUDGE**

---

[1] Mr. Williamson recently joined the staff of the undersigned judge on June 15, 2009.